A CERTIFIED TRUE COPY

DEC - 6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC 27 PM 12: 29

OFFICE OF THE CLERK

8:05CV477

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 18 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-57)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,524 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

RECEIVED
DEC 27 2005
CLERK
DISTRICT COURT
OMAHA

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

## SCHEDULE CTO-57 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-1270 | Julaika Stewart, et al. v. Wyeth, Inc., et al. |
| ALN 2 05-1537 | Nancy Vigars Schmid, et al. v. Wyeth, Inc., et al. |
| **ARKANSAS WESTERN** | |
| ~~ARW 6 05-6074~~ | Shirley Davidson v. Wyeth, et al. |
| **CONNECTICUT** | |
| CT 3 05-1499 | Marion Wallach v. Wyeth, et al. |
| **FLORIDA MIDDLE** | |
| FLM 5 05-426 | Phyllis Hughes v. Wyeth, Inc., et al. |
| FLM 5 05-432 | Catherine Hoeing v. Wyeth, Inc., et al. |
| FLM 8 05-1882 | Lula Gerring v. Wyeth, Inc., et al. |
| FLM 8 05-1918 | Joan Salois v. Wyeth, Inc., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 3 05-3224 | Kathryn E. Stankoven v. Wyeth |
| **KENTUCKY EASTERN** | |
| ~~KYE 7 05-321~~ | ~~Juanita Browning, et al. v. Wyeth, et al.~~  OPPOSED 12/05/05 |
| **MINNESOTA** | |
| MN 0 05-2311 | Paulette Kerr v. Wyeth, et al. |
| MN 0 05-2360 | Maureen Hannibal, et al. v. Wyeth, et al. |
| MN 0 05-2371 | Gail Kern, et al. v. Wyeth, et al. |
| MN 0 05-2393 | Joyce Gholston, et al. v. Wyeth, et al. |
| MN 0 05-2394 | Mary Lou Rich, et al. v. Wyeth, et al. |
| MN 0 05-2414 | Sharon Ladenes v. Wyeth, et al. |
| MN 0 05-2481 | Carol Cignotti v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2482 | Darline J. Robertson v. Wyeth Pharmaceuticals, Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1269 | Jacqueline Marie Martin, et al. v. Wyeth, et al. |
| MOE 4 05-1270 | Janet P. Bell, et al. v. Wyeth |
| MOE 4 05-1329 | Nancy Lee Bowen, et al v. Wyeth, et al. |
| MOE 4 05-1330 | Delores Joan Boyd, et al v. Wyeth, et al. |
| MOE 4 05-1331 | Mary Nell Kennedy, et al. v. Wyeth |
| **MISSOURI WESTERN** | |
| MOW 2 05-4322 | Leona Williams v. Wyeth, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 05-616 | Sara King v. Wyeth, et al. |
| **NEBRASKA** | |
| NE 8 05-477 | Shirley Engstrom, et al. v. Wyeth, et al. |
| NE 8 05-494 | Phyllis Stevenson v. Wyeth, Inc., et al. |

SCHEDULE CTO-57 - TAG-ALONG ACTIONS     MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

OHIO NORTHERN
  OHN 1 05-2218           Hwacha Thompson v. Wyeth, Inc., et al.
  OHN 5 05-2224           Shiela Zaidai, et al. v. Wyeth, Inc., et al.

OREGON
  OR 3 05-1556            Marcia Cooper v. Wyeth, Inc., et al.

TEXAS WESTERN
  TXW 7 05-139            Phyllis Short v. Wyeth, et al.

WASHINGTON WESTERN
  WAW 2 05-1592           Doris Irene Gelstin v. Wyeth, et al.